USCA1 Opinion

 

 [NOT FOR PUBLICATION] United States Court of Appeals For the First Circuit ____________________ No. 96-1475  WILLIAM CLOUTIER, Petitioner, Appellant, v. UNITED STATES OF AMERICA, Respondent, Appellee. ____________________ APPEAL FROM THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF MASSACHUSETTS [Hon. A. David Mazzone, Senior U.S. District Judge] __________________________ ____________________ Before Torruella, Chief Judge, ___________ Selya and Boudin, Circuit Judges. ______________ ____________________ William Cloutier on brief pro se. ________________ Donald K. Stern, United States Attorney, and Antoinette E.M. ________________ ________________ Leoney, Assistant United States Attorney, on brief for appellee. ______ ____________________ October 16, 1996 ____________________ Per Curiam. The judgment is summarily affirmed on the __________ ________ basis of United States v. Ursery, 116 S. Ct. 2135 (1996). ______________ ______ See Loc. R. 27.1. ___ -2-